<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6280**

DAVID HAROLD CARR,

             Plaintiff - Appellant,

      v.

J. R. HEAD, Lieutenant; OFFICER WILSON; BRADSHAW, Officer,

             Defendants – Appellees,

      and

JOHN T. MCDEVITT, Sheriff; BOBBY LEE ENGLISH; DAVID PEARSON,

             Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Graham C. Mullen, Senior District Judge.  (1:07-cv-00180-GCM)

Submitted:  October 31, 2008      Decided:  November 19, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Harold Carr, Appellant Pro Se.  Sean Francis Perrin, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Harold Carr appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carr v. Head, No. 1:07-cv-00180-GCM (W.D.N.C. Feb. 1, 2008). We deny Carr's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED